# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jose L. Rodriguez, | Case No. 26-12444-DJB |
| | Chapter 13 |
| *Debtor.* | |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on June 5, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 5, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service - First Class Mail

**American Heritage Federal Credit Union**
Attn: Bankruptcy
2060 Red Lion Rd
Philadelphia, PA 19115-1603

**Chase Card Services**
Po Box 15298
Wilmington, DE 19850-5298

**Citadel Credit Union**
Attn: Bankruptcy
520 Eagleview Blvd
Exton, PA 19341

**City of Philadelphia Law Department**
Tax Litigation and Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**Comenity Capital**
Attn: Bankruptcy
PO Box 182273
Columbus, OH 43218

**Elan/Ent Cu**
Cb Disputes
Saint Louis, MO 63166

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Media Members Federal**
800 River Rd
Conshohocken, PA 19428

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Synchrony Bank**
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247

**Trumark Financial Credit Union**
Attn: Bankruptcy
335 Commerce Dr
Ft Washington, PA 19034-2701

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617