| **Social Security Administration** <br><br> **Earnings and Leave Statement** | **For Pay Period Ending** <br> 04/04/2026 | **Net Pay** <br> $ 1,701.73 |
|---|---|---|
| | **Pay Period #** <br> 08 | **Pay Date** <br> 04/14/2026 |

| **Name** <br> RODRIGUEZ, JOSE LUIS | **Pay Plan/Grade/Step** <br> GS   12   02 | **Annual Salary** <br> $ 101,918.00 | **Hourly Rate** <br> $ 48.83 |
|---|---|---|---|

| **Home Address** <br> 622 BROWN STREET <br> PHILADELPHIA, PA 19123 | **Pay Check Address** |
|---|---|

**Basic Information**

| Service Comp Date 06/20/2014 | | Agency | SSA | CAN# | ▉ |
|---|---|---|---|---|---|
| Cumulative Retirement Agency $10,006.40 | | Dept ID | SZ | Duty Station | PA |
| | | Organization Code | ABEE | Pay Begin Date | |
| FLSA Class | NON-EXEMPT | TSP Tax Deferred Amt/% | 10 % | 03/22/2026 | |
| Financial Institution | TRUMARK | | | TSP Roth Amt/% | 2 % |
| FINANCIAL CU | | | | | |

| **Your Pay Consists of** | **Current** | **YTD** | **Tax Information** | **Mrtl Status** | **Exmpts** | **Multi Jobs** | **Addtl Wthhld** | **Current Wages** | **YTD Wages** |
|---|---|---|---|---|---|---|---|---|---|
| Gross Pay | 3,906.40 | 31,174.40 | | | | | | | |
| Total Deductions | 2,204.67 | 16,456.61 | Federal | S | Y | | 0.00 | | 26,915.68 |
| Net Pay | 1,701.73 | | State ( PA ) | | 0 | | 0.00 | | 30,033.12 |
| | | | City ( PHILADELPHIA ) | | 0 | | | | 31,174.40 |

| **EARNINGS** | | | | | | |
|---|---|---|---|---|---|---|
| **Type** | **Rate** | **Adjusted** | **ADJ Hours** | **Hours** | **Current** | **YTD** |
| Regular | 48.83 | | | 80.00 | 3,906.40 | |

**DEDUCTIONS**

| Type | Misc | Adjusted | Current | YTD | Type | Misc | Adjusted | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Federal Taxes | | | 591.61 | 4,746.28 | State Tax 1 ( PA ) | | | 115.38 | 922.00 |
| Local Taxes ( PHILADELPHIA ) | | | 146.10 | 1,165.92 | Health Benefits - Pretax | 111 | | 133.77 | 1,028.94 |
| Dental/Vision | | | 14.23 | 112.34 | TSP Tax Deferred | | | 390.64 | 3,117.44 |
| TSP Roth | | | 78.13 | 623.50 | Retirement - FERS/FRAE | 4.4 | | 171.88 | 1,371.66 |
| OASDI Tax | 6.2 | | 233.02 | 1,862.05 | Medicare Tax | 1.45 | | 54.50 | 435.48 |
| FEGLI - Regular | | | 16.64 | 132.80 | FEGLI - Optional | | | 1.00 | 8.00 |
| FEGLI - Additional | | | 51.00 | 407.00 | FEGLI - Family | | | 4.15 | 33.20 |
| Thrift Savings Plan Loan | | | 132.62 | 0.00 | Discretionary Allotment | | | 70.00 | 490.00 |

**BENEFITS PAID BY GOVT.**

| Type | Current | YTD | Type | Current | YTD |
|---|---|---|---|---|---|
| FEGLI | 8.32 | 66.40 | FEHB | 324.76 | 2,544.72 |
| Medicare | 54.50 | 435.48 | OASDI | 233.02 | 1,862.05 |

| TSP Basic | 39.06 | 311.72 | TSP Matching | 156.26 | 1,247.00 |
|-----------|-------|--------|--------------|--------|----------|
| FERS/FRAE | 644.56 | 5,143.80 | | | |

## LEAVE

| Type | Begin Bal Lv Current | Begin Bal Lv Yr | Earned Current | Earned YTD | Used Current | Used YTD | Adv | Ending Bal |
|------|------|------|------|------|------|------|------|------|
| Annual Leave | 55.15 | 49.15 | 6.00 | 36.00 | 17.00 | 41.00 | | 44.15 |
| Sick Leave | 52.45 | 48.45 | 4.00 | 24.00 | | 16.00 | | 56.45 |
| Credit | 3.30 | 2.30 | 4.00 | 13.00 | | 8.00 | | 7.30 |
| Admin | | | | | | 37.00 | | |

## ANNUAL LEAVE

| Category: 6 | Projected Year End Balance: 124.00 | | Maximum Carry Over: 240.00   Use Or Lose Balance: 0 |
|---|---|---|---|

## REMARKS

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

| Social Security Administration<br><br>Earnings and Leave Statement | | **For Pay Period Ending**<br>04/18/2026 | **Net Pay**<br>$ 1,701.76 |
|---|---|---|---|
| | | **Pay Period #**<br>09 | **Pay Date**<br>04/28/2026 |

| **Name**<br>RODRIGUEZ, JOSE LUIS | **Pay Plan/Grade/Step**<br>GS   12   02 | **Annual Salary**<br>$ 101,918.00 | **Hourly Rate**<br>$ 48.83 |
|---|---|---|---|

| **Home Address**<br>622 BROWN STREET<br>PHILADELPHIA, PA 19123 | **Pay Check Address** |
|---|---|

**Basic Information**

| Service Comp Date | 06/20/2014 | Agency | SSA | CAN# | ■ |
|---|---|---|---|---|---|
| Cumulative Retirement Agency | $10,178.28 | Dept ID | SZ | Duty Station | PA |
| | | Organization Code | ABEE | Pay Begin Date | 04/05/2026 |
| FLSA Class | NON-EXEMPT | TSP Tax Deferred Amt/% | 10 % | TSP Roth Amt/% | 2 % |
| Financial Institution | TRUMARK FINANCIAL CU | | | | |

| Your Pay Consists of | Current | YTD | Tax Information | Mrtl Status | Exmpts | Multi Jobs | Addtl Wthhld | Current Wages | YTD Wages |
|---|---|---|---|---|---|---|---|---|---|
| Gross Pay | 3,906.42 | 35,080.82 | | | | | | | |
| Total Deductions | 2,204.66 | 18,528.65 | Federal | S | Y | | 0.00 | | 30,283.46 |
| Net Pay | 1,701.76 | | State ( PA ) | | 0 | | 0.00 | | 33,791.54 |
| | | | City ( PHILADELPHIA ) | | 0 | | | | 35,080.82 |

## EARNINGS

| Type | Rate | Adjusted | ADJ Hours | Hours | Current | YTD |
|---|---|---|---|---|---|---|
| Regular | 48.83 | | | 80.00 | 3,906.42 | |

## DEDUCTIONS

| Type | Misc | Adjusted | Current | YTD | Type | Misc | Adjusted | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Federal Taxes | | | 591.61 | 5,337.89 | State Tax 1 ( PA ) | | | 115.38 | 1,037.38 |
| Local Taxes ( PHILADELPHIA ) | | | 146.10 | 1,312.02 | Health Benefits - Pretax | 111 | | 133.77 | 1,162.71 |
| Dental/Vision | | | 14.23 | 126.57 | TSP Tax Deferred | | | 390.64 | 3,508.08 |
| TSP Roth | | | 78.13 | 701.63 | Retirement - FERS/FRAE | 4.4 | | 171.88 | 1,543.54 |
| OASDI Tax | 6.2 | | 233.02 | 2,095.07 | Medicare Tax | 1.45 | | 54.49 | 489.97 |
| FEGLI - Regular | | | 16.64 | 149.44 | FEGLI - Optional | | | 1.00 | 9.00 |
| FEGLI - Additional | | | 51.00 | 458.00 | FEGLI - Family | | | 4.15 | 37.35 |
| Thrift Savings Plan Loan | | | 132.62 | 0.00 | Discretionary Allotment | | | 70.00 | 560.00 |

## BENEFITS PAID BY GOVT.

| Type | Current | YTD | Type | Current | YTD |
|---|---|---|---|---|---|
| FEGLI | 8.32 | 74.72 | FEHB | 324.76 | 2,869.48 |
| Medicare | 54.49 | 489.97 | OASDI | 233.02 | 2,095.07 |

| TSP Basic | | 39.06 | 350.78 | TSP Matching | | 156.26 | 1,403.26 |
| FERS/FRAE | | 644.56 | 5,788.36 | | | | |

## LEAVE

| Type | Begin Bal Lv Current | Begin Bal Lv Yr | Earned Current | Earned YTD | Used Current | Used YTD | Adv | Ending Bal |
|---|---|---|---|---|---|---|---|---|
| Annual Leave | 44.15 | 49.15 | 6.00 | 42.00 | 9.00 | 50.00 | | 41.15 |
| Sick Leave | 56.45 | 48.45 | 4.00 | 28.00 | 24.00 | 40.00 | | 36.45 |
| Credit | 7.30 | 2.30 | 1.00 | 14.00 | 4.00 | 12.00 | | 4.30 |
| Admin | | | | | | 37.00 | | |

## ANNUAL LEAVE

**Category:** 6    **Projected Year End Balance:** 118.00    **Maximum Carry Over:** 240.00    **Use Or Lose Balance:** 0

## REMARKS

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

| Social Security Administration | For Pay Period Ending 05/02/2026 | Net Pay $ 1,701.73 | |
|---|---|---|---|
| **Earnings and Leave Statement** | **Pay Period #** 10 | **Pay Date** 05/12/2026 | |

| Name RODRIGUEZ, JOSE LUIS | Pay Plan/Grade/Step GS   12   02 | Annual Salary $ 101,918.00 | Hourly Rate $ 48.83 |
|---|---|---|---|

| Home Address 622 BROWN STREET PHILADELPHIA, PA 19123 | Pay Check Address |
|---|---|

**Basic Information**

Service Comp Date
06/20/2014
Cumulative Retirement Agency
$10,350.16
FLSA Class                NON-EXEMPT
Financial Institution        DBA TRUMARK
CREDIT UNION

| Agency | SSA |
|---|---|
| Dept ID | SZ |
| Organization Code | ABEE |
| TSP Tax Deferred Amt/% | 10 % |

| CAN# | ▉ |
|---|---|
| Duty Station | PA |
| Pay Begin Date | |
| 04/19/2026 | |
| TSP Roth Amt/% | 2 % |

| Your Pay Consists of | Current | YTD |
|---|---|---|
| Gross Pay | 3,906.40 | 38,987.22 |
| Total Deductions | 2,204.67 | 20,600.70 |
| Net Pay | 1,701.73 | |

| Tax Information | Mrtl Status | Exmpts | Multi Jobs | Addtl Wthhld | Current Wages | YTD Wages |
|---|---|---|---|---|---|---|
| Federal | S | | Y | 0.00 | | 33,651.22 |
| State ( PA ) | | 0 | | 0.00 | | 37,549.94 |
| City ( PHILADELPHIA ) | | 0 | | | | 38,987.22 |

## EARNINGS

| Type | Rate Adjusted | ADJ Hours | Hours | Current | YTD |
|---|---|---|---|---|---|
| Regular | 48.83 | | 80.00 | 3,906.40 | |

## DEDUCTIONS

| Type | Misc | Adjusted | Current | YTD | Type | Misc | Adjusted | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Federal Taxes | | | 591.61 | 5,929.50 | State Tax 1 ( PA ) | | | 115.38 | 1,152.76 |
| Local Taxes ( PHILADELPHIA ) | | | 146.10 | 1,458.12 | Health Benefits - Pretax | 111 | | 133.77 | 1,296.48 |
| Dental/Vision | | | 14.23 | 140.80 | TSP Tax Deferred | | | 390.64 | 3,898.72 |
| TSP Roth | | | 78.13 | 779.76 | Retirement - FERS/FRAE | 4.4 | | 171.88 | 1,715.42 |
| OASDI Tax | 6.2 | | 233.02 | 2,328.09 | Medicare Tax | 1.45 | | 54.50 | 544.47 |
| FEGLI - Regular | | | 16.64 | 166.08 | FEGLI - Optional | | | 1.00 | 10.00 |
| FEGLI - Additional | | | 51.00 | 509.00 | FEGLI - Family | | | 4.15 | 41.50 |
| Thrift Savings Plan Loan | | | 132.62 | 0.00 | Discretionary Allotment | | | 70.00 | 630.00 |

## BENEFITS PAID BY GOVT.

| Type | Current | YTD | Type | Current | YTD |
|---|---|---|---|---|---|
| FEGLI | 8.32 | 83.04 | FEHB | 324.76 | 3,194.24 |

| | | | | OASDI | | | | 233.02 | 2,328.09 |
|---|---|---|---|---|---|---|---|---|---|
| Medicare | | 54.50 | 544.47 | | | | | | |
| TSP Basic | | 39.06 | 389.84 | TSP Matching | | | | 156.26 | 1,559.52 |
| FERS/FRAE | | 644.56 | 6,432.92 | | | | | | |

## LEAVE

| Type | Begin Bal Lv Current | Begin Bal Lv Yr | Earned Current | Earned YTD | Used Current | Used YTD | Adv | Ending Bal |
|---|---|---|---|---|---|---|---|---|
| Annual Leave | 41.15 | 49.15 | 6.00 | 48.00 | 8.00 | 58.00 | | 39.15 |
| Sick Leave | 36.45 | 48.45 | 4.00 | 32.00 | | 40.00 | | 40.45 |
| Credit | 4.30 | 2.30 | | 14.00 | 3.00 | 15.00 | | 1.30 |
| Admin | | | | | | 37.00 | | |

## ANNUAL LEAVE

**Category:** 6    **Projected Year End Balance:** 112.00    **Maximum Carry Over:** 240.00   **Use Or Lose Balance:** 0

## REMARKS

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

| Social Security Administration<br><br>Earnings and Leave Statement | **For Pay Period Ending**<br>05/16/2026 | **Net Pay**<br>$ 1,407.66 |
|---|---|---|
| | **Pay Period #**<br>11 | **Pay Date**<br>05/26/2026 |

| **Name**<br>RODRIGUEZ, JOSE LUIS | **Pay Plan/Grade/Step**<br>GS   12   02 | **Annual Salary**<br>$ 101,918.00 | **Hourly Rate**<br>$ 48.83 |
|---|---|---|---|

| **Home Address**<br>622 BROWN STREET<br>PHILADELPHIA, PA 19123 | **Pay Check Address** |
|---|---|

**Basic Information**

| Service Comp Date | Agency | SSA | CAN# | ▮ |
|---|---|---|---|---|
| 06/20/2014 | Dept ID | SZ | Duty Station | PA |
| Cumulative Retirement Agency | Organization Code | ABEE | Pay Begin Date | |
| $10,522.04 | TSP Tax Deferred Amt/% | 10 % | 05/03/2026 | |
| FLSA Class        NON-EXEMPT | | | TSP Roth Amt/% | 2 % |
| Financial Institution    DBA TRUMARK | | | | |
| CREDIT UNION | | | | |

| Your Pay Consists of | Current | YTD | Tax Information | Mrtl Status | Exmpts | Multi Jobs | Addtl Wthhld | Current Wages | YTD Wages |
|---|---|---|---|---|---|---|---|---|---|
| Gross Pay | 3,906.41 | 42,893.63 | | | | | | | |
| Total Deductions | 2,498.75 | 22,966.83 | Federal | S | Y | | 0.00 | | 37,018.99 |
| Net Pay | 1,407.66 | | State ( PA ) | | 0 | | 0.00 | | 41,308.35 |
| | | | City ( PHILADELPHIA ) | | 0 | | | | 42,893.63 |

## EARNINGS

| Type | Rate Adjusted | ADJ Hours | Hours | Current | YTD |
|---|---|---|---|---|---|
| Regular | 48.83 | | 80.00 | 3,906.41 | |

## DEDUCTIONS

| Type | Misc | Adjusted | Current | YTD | Type | Misc | Adjusted | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Federal Taxes | | | 591.61 | 6,521.11 | State Tax 1 ( PA ) | | | 115.38 | 1,268.14 |
| Local Taxes ( PHILADELPHIA ) | | | 146.10 | 1,604.22 | Health Benefits - Pretax | 111 | | 133.77 | 1,430.25 |
| Dental/Vision | | | 14.23 | 155.03 | TSP Tax Deferred | | | 390.64 | 4,289.36 |
| TSP Roth | | | 78.13 | 857.89 | Retirement - FERS/FRAE | 4.4 | | 171.88 | 1,887.30 |
| OASDI Tax | 6.2 | | 233.02 | 2,561.11 | Medicare Tax | 1.45 | | 54.50 | 598.97 |
| FEGLI - Regular | | | 16.64 | 182.72 | FEGLI - Optional | | | 1.00 | 11.00 |
| FEGLI - Additional | | | 51.00 | 560.00 | FEGLI - Family | | | 4.15 | 45.65 |
| Thrift Savings Plan Loan | | | 132.62 | 0.00 | Treasury Offset Program - Federal Debts | | | 294.08 | 294.08 |
| Discretionary Allotment | | | 70.00 | 700.00 | | | | | |

## BENEFITS PAID BY GOVT.

| Type | Current | YTD | Type | Current | YTD |
|---|---|---|---|---|---|

| FEGLI | 8.32 | 91.36 | FEHB | 324.76 | 3,519.00 |
|---|---|---|---|---|---|
| Medicare | 54.50 | 598.97 | OASDI | 233.02 | 2,561.11 |
| TSP Basic | 39.06 | 428.90 | TSP Matching | 156.26 | 1,715.78 |
| FERS/FRAE | 644.56 | 7,077.48 | | | |

## LEAVE

| Type | Begin Bal Lv Current | Begin Bal Lv Yr | Earned Current | Earned YTD | Used Current | Used YTD | Adv | Ending Bal |
|---|---|---|---|---|---|---|---|---|
| Annual Leave | 39.15 | 49.15 | 6.00 | 54.00 | 1.30 | 59.30 | | 43.45 |
| Sick Leave | 40.45 | 48.45 | 4.00 | 36.00 | 8.00 | 48.00 | | 36.45 |
| Time Off Award | | | 2.00 | 2.00 | | | | 2.00 |
| Credit | 1.30 | 2.30 | | 14.00 | | 15.00 | | 1.30 |
| Admin | | | | | | 37.00 | | |

## ANNUAL LEAVE

| **Category:** 6 | **Projected Year End Balance:** 106.00 | **Maximum Carry Over:** 240.00 **Use Or Lose Balance:** 0 |
|---|---|---|

## REMARKS

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED



University of Pennsylvania Health System

Employee Name: Jose L Rodriguez

Address: 2333 N Mascher Street

Employee #: █████

Receipt #: 2509856

Pay Date: April 17, 2026

Pay Period: March 29, 2026 - April 11, 2026

University Of Pennsylvania Health System

3400 Spruce St

| | Current | Year To Date |
|---|---|---|
| **Gross Pay:** | 2,378.62 | 19,138.29 |
| **Net Pay:** | 1,365.75 | 10,984.26 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| Hol Wrkd | 0.00 | 0.000000 | 0.00 | 44.38 |
| Holiday | 0.00 | 0.000000 | 0.00 | 946.84 |
| Personal | 0.00 | 0.000000 | 0.00 | 554.79 |
| Sick | 0.00 | 0.000000 | 0.00 | 1,183.55 |
| Vaca | 0.00 | 0.000000 | 0.00 | 1,183.55 |
| Imp Incm | 0.00 | 0.420000 | 0.42 | 3.36 |
| Bereave | 8.00 | 3.859410 | 30.88 | 236.71 |
| FLSA OT | 0.25 | 3.859410 | 0.96 | 377.27 |
| Regular | 72.00 | 3.859410 | 277.89 | 14,607.84 |
| FLSA OT | 0.25 | 14.794405 | 3.70 | 0.00 |
| Bereave | 8.00 | 25.729400 | 205.83 | 0.00 |
| FLSA OT | 0.25 | 25.729400 | 6.44 | 0.00 |
| Regular | 72.00 | 25.729400 | 1,852.50 | 0.00 |
| Total | | | 2,378.62 | 19,138.29 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| *FdltyPreTaxEE | 309.17 | 2,487.55 |
| Total | 309.17 | 2,487.55 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| FederalIncomeTax | 285.47 | 2,304.69 |
| MEDICREE | 34.49 | 277.51 |



Employee Name: Jose L Rodriguez

Address: 2333 N Mascher Street

Employee #: ▮▮▮▮

Receipt #: 2509856

Pay Date: April 17, 2026

Pay Period: March 29, 2026 - April 11, 2026

University Of Pennsylvania Health System

3400 Spruce St

| Tax Deductions | Current | Year To Date |
|---|---|---|
| PA STATE | 73.01 | 587.43 |
| PHILA | 88.96 | 715.77 |
| SUEC | 1.66 | 13.39 |
| SocialSec-EE | 147.47 | 1,186.57 |
| Total | 631.06 | 5,085.36 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| 403bLn01 | 47.28 | 378.24 |
| AD&D_After Tax | 1.05 | 8.40 |
| DepLifCh | 0.62 | 4.96 |
| STD Post | 12.54 | 100.32 |
| SupLife | 10.73 | 85.84 |
| Total | 72.22 | 577.76 |

| Company Deductions | Current | Year To Date |
|---|---|---|
| FdltyERMatch | 59.46 | 478.39 |
| Total | 59.46 | 478.39 |

| Distributions | Account Number | Amount |
|---|---|---|
| loan | xxxxx6013 | 224.00 |
| FREEDOM | xxxxxxxx0567 | 10.00 |
| CHECKING | xxxxx8731 | 1,131.75 |
| Total | | 1,365.75 |

| Absences | | | | |
|---|---|---|---|---|
| | 0.000000 | LGL | 0.000000 | 0.000000 |



Employee Name: Jose L Rodriguez

Address: 2333 N Mascher Street

Employee #: ███

Receipt #: 2509856

Pay Date: April 17, 2026

Pay Period: March 29, 2026 - April 11, 2026

University Of Pennsylvania Health System

3400 Spruce St

| Absences | | | | |
|---|---|---|---|---|
| | 0.000000 | PER | 12.300000 | 0.000000 |
| | 0.000000 | SCK | 58.570000 | 0.000000 |
| | 0.000000 | VAC | 217.850000 | 0.000000 |

**University Of Pennsylvania Health System**

Security Smilow Ctr
3400 Spruce St
Philadelphia, PA, 19104
USA

2556004
Check #

May 1, 2026
Check Date

**Void Void Void Void Void Void Void Void**

Pay to the order of
Jose L Rodriguez
2333 N Mascher Street
Philadelphia, PA, 19133
USA
Non-Negotiable

Net Pay
$1,436.74

## Details

| | |
|---|---|
| Employee Name | Jose L Rodriguez |
| Employee Number | ████ |
| Social Number | xxx-xx-6698 |
| Pay Period | April 12, 2026 - April 25, 2026 |
| Salary Class | Hourly |
| Taxable Marital Status | Federal: Single<br>State: Single |
| Exemptions | Federal: 0<br>State: 0 |
| Additional Amount | Federal: $0.00<br>State: $0.00 |

| Summary | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 169.75 | $2,511.76 | $21,650.05 |
| Total Deductions | | $1,137.38 | $9,766.44 |

| Total Net | | | $1,436.74 | $12,421.00 |
|---|---|---|---|---|

| Wages | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereave | 0.00 | 0.000000 | 0.00 | 236.71 |
| Hol Wrkd | 0.00 | 0.000000 | 0.00 | 44.38 |
| Holiday | 0.00 | 0.000000 | 0.00 | 946.84 |
| Vaca | 0.00 | 0.000000 | 0.00 | 1,183.55 |
| Imp Incm | 0.00 | 0.420000 | 0.42 | 3.78 |
| FLSA OT | 1.75 | 3.859410 | 6.75 | 454.94 |
| Personal | 2.25 | 3.859410 | 8.68 | 621.36 |
| Regular | 56.00 | 3.859410 | 216.14 | 16,264.81 |
| Sick | 24.00 | 3.859410 | 92.63 | 1,893.68 |
| FLSA OT | 1.75 | 14.794405 | 25.89 | 0.00 |
| FLSA OT | 1.75 | 25.729400 | 45.03 | 0.00 |
| Personal | 2.25 | 25.729400 | 57.89 | 0.00 |
| Regular | 56.00 | 25.729400 | 1,440.83 | 0.00 |
| Sick | 24.00 | 25.729400 | 617.50 | 0.00 |
| **Total** | 169.75 | | 2,511.76 | 21,650.05 |

| Pre-tax Deductions | Current | Year to Date |
|---|---|---|
| *FdltyPreTaxEE | $326.47 | $2,814.02 |
| **Total** | $326.47 | $2,814.02 |

| Taxes | Current | Year to Date |
|---|---|---|
| FederalIncomeTax | $310.96 | $2,615.65 |

| | | |
|---|---|---|
| MEDICREE | $36.42 | $313.93 |
| PA STATE | $77.10 | $664.53 |
| PHILA | $93.94 | $809.71 |
| SUEC | $1.76 | $15.15 |
| SocialSec-EE | $155.73 | $1,342.30 |
| **Total** | **$675.91** | **$5,761.27** |

| After-tax Deductions | Current | Year to Date |
|---|---|---|
| 403bLn01 | $47.28 | $425.52 |
| AD&D_After Tax | $1.05 | $9.45 |
| DepLifCh | $0.62 | $5.58 |
| STD Post | $12.54 | $112.86 |
| SupLife | $10.73 | $96.57 |
| **Total** | **$72.22** | **$649.98** |

| Company Deductions | Current | Year to Date |
|---|---|---|
| FdltyERMatch | $62.78 | $541.17 |
| **Total** | **$62.78** | **$541.17** |

| Leave Balances | Balances |
|---|---|
| LGL | 8.000000 |
| PER | 11.630000 |
| SCK | 38.370000 |
| VAC | 222.470000 |

| Distribution | Account Number | Amount |
|---|---|---|

| loan | 119596013 | $224.00 |
| FREEDOM | 040101090567 | $10.00 |
| CHECKING | 0021138731 | $1,202.74 |

**University Of Pennsylvania Health System**

Security Smilow Ctr
3400 Spruce St
Philadelphia, PA, 19104
USA

2602469
Check #

May 15, 2026
Check Date

**Void Void Void Void Void Void Void Void**

Pay to the order of
Jose L Rodriguez
2333 N Mascher Street
Philadelphia, PA, 19133
USA
Non-Negotiable

Net Pay
$1,363.77

## Details

| | |
|---|---|
| Employee Name | Jose L Rodriguez |
| Employee Number | ███████ |
| Social Number | xxx-xx-6698 |
| Pay Period | April 26, 2026 - May 9, 2026 |
| Salary Class | Hourly |
| Taxable Marital Status | Federal: Single<br>State: Single |
| Exemptions | Federal: 0<br>State: 0 |
| Additional Amount | Federal: $0.00<br>State: $0.00 |

| Summary | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 160.50 | $2,374.92 | $24,024.97 |
| Total Deductions | | $1,070.09 | $10,836.53 |

| Total Net | | | $1,363.77 | $13,784.77 |

| Wages | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereave | 0.00 | 0.000000 | 0.00 | 236.71 |
| FLSA OT | 0.00 | 0.000000 | 0.00 | 454.94 |
| Hol Wrkd | 0.00 | 0.000000 | 0.00 | 44.38 |
| Holiday | 0.00 | 0.000000 | 0.00 | 946.84 |
| Sick | 0.00 | 0.000000 | 0.00 | 1,893.68 |
| Vaca | 0.00 | 0.000000 | 0.00 | 1,183.55 |
| Imp Incm | 0.00 | 0.420000 | 0.42 | 4.20 |
| Personal | 8.00 | 3.859410 | 30.88 | 858.07 |
| Regular | 72.25 | 3.859410 | 278.85 | 18,402.60 |
| Personal | 8.00 | 25.729400 | 205.83 | 0.00 |
| Regular | 72.25 | 25.729400 | 1,858.94 | 0.00 |
| Total | 160.50 | | 2,374.92 | 24,024.97 |

| Pre-tax Deductions | Current | Year to Date |
|---|---|---|
| *FdltyPreTaxEE | $308.69 | $3,122.71 |
| Total | $308.69 | $3,122.71 |

| Taxes | Current | Year to Date |
|---|---|---|
| FederalIncomeTax | $284.76 | $2,900.41 |
| MEDICREE | $34.43 | $348.36 |
| PA STATE | $72.90 | $737.43 |
| PHILA | $88.82 | $898.53 |

| | | |
|---|---|---|
| SUEC | $1.66 | $16.81 |
| SocialSec-EE | $147.25 | $1,489.55 |
| **Total** | $629.82 | $6,391.09 |

| After-tax Deductions | Current | Year to Date |
|---|---|---|
| 403bLn01 | $47.28 | $472.80 |
| AD&D_After Tax | $1.05 | $10.50 |
| DepLifCh | $0.62 | $6.20 |
| STD Post | $12.54 | $125.40 |
| SupLife | $10.73 | $107.30 |
| **Total** | $72.22 | $722.20 |

| Company Deductions | Current | Year to Date |
|---|---|---|
| FdltyERMatch | $59.36 | $600.53 |
| **Total** | $59.36 | $600.53 |

| Leave Balances | | Balances |
|---|---|---|
| LGL | | 8.000000 |
| PER | | 5.170000 |
| SCK | | 42.070000 |
| VAC | | 227.080000 |

| Distribution | Account Number | Amount |
|---|---|---|
| loan | 119596013 | $224.00 |
| FREEDOM | 040101090567 | $10.00 |
| CHECKING | 0021138731 | $1,129.77 |

## University Of Pennsylvania Health System

Security Smilow Ctr
3400 Spruce St
Philadelphia, PA, 19104
USA

2648791
Check #

May 29, 2026
Check Date

## Void Void Void Void Void Void Void Void

Pay to the order of
Jose L Rodriguez
2333 N Mascher Street
Philadelphia, PA, 19133
USA
Non-Negotiable

Net Pay
$1,359.82

## Details

| | |
|---|---|
| Employee Name | Jose L Rodriguez |
| Employee Number | ████ |
| Social Number | xxx-xx-6698 |
| Pay Period | May 10, 2026 - May 23, 2026 |
| Salary Class | Hourly |
| Taxable Marital Status | Federal: Single<br>State: Single |
| Exemptions | Federal: 0<br>State: 0 |
| Additional Amount | Federal: $0.00<br>State: $0.00 |

| Summary | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 160.00 | $2,367.52 | $26,392.49 |
| Total Deductions | | $1,066.46 | $11,902.99 |

| Total Net | | | $1,359.82 | $15,144.59 |
|---|---|---|---|---|

| Wages | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereave | 0.00 | 0.000000 | 0.00 | 236.71 |
| FLSA OT | 0.00 | 0.000000 | 0.00 | 454.94 |
| Hol Wrkd | 0.00 | 0.000000 | 0.00 | 44.38 |
| Personal | 0.00 | 0.000000 | 0.00 | 858.07 |
| Vaca | 0.00 | 0.000000 | 0.00 | 1,183.55 |
| Imp Incm | 0.00 | 0.420000 | 0.42 | 4.62 |
| Holiday | 8.00 | 3.859410 | 30.88 | 1,183.55 |
| Regular | 64.00 | 3.859410 | 247.02 | 20,296.28 |
| Sick | 8.00 | 3.859410 | 30.88 | 2,130.39 |
| Holiday | 8.00 | 25.729400 | 205.83 | 0.00 |
| Regular | 64.00 | 25.729400 | 1,646.66 | 0.00 |
| Sick | 8.00 | 25.729400 | 205.83 | 0.00 |
| Total | 160.00 | | 2,367.52 | 26,392.49 |

| Pre-tax Deductions | Current | Year to Date |
|---|---|---|
| *FdltyPreTaxEE | $307.72 | $3,430.43 |
| Total | $307.72 | $3,430.43 |

| Taxes | Current | Year to Date |
|---|---|---|
| FederalIncomeTax | $283.35 | $3,183.76 |
| MEDICREE | $34.33 | $382.69 |
| PA STATE | $72.67 | $810.10 |

| | | |
|---|---:|---:|
| PHILA | $88.55 | $987.08 |
| SUEC | $1.66 | $18.47 |
| SocialSec-EE | $146.78 | $1,636.33 |
| **Total** | $627.34 | $7,018.43 |

| After-tax Deductions | Current | Year to Date |
|---|---:|---:|
| 403bLn01 | $47.28 | $520.08 |
| AD&D_After Tax | $1.05 | $11.55 |
| DepLifCh | $0.62 | $6.82 |
| STD Post | $12.54 | $137.94 |
| SupLife | $10.73 | $118.03 |
| **Total** | $72.22 | $794.42 |

| Company Deductions | Current | Year to Date |
|---|---:|---:|
| FdltyERMatch | $59.18 | $659.71 |
| **Total** | $59.18 | $659.71 |

| Leave Balances | Balances |
|---|---:|
| LGL | 8.000000 |
| PER | 6.700000 |
| SCK | 37.770000 |
| VAC | 231.700000 |

| Distribution | Account Number | Amount |
|---|---:|---:|
| loan | 119596013 | $224.00 |
| FREEDOM | 040101090567 | $10.00 |

CHECKING                                              0021138731                          $1,125.82